**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DEVARIOUS KADEEM WILLIS** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 4:26-CV-109-MPM-DAS**

**EQUIFAX INFORMATION SERVICES, LLC** **DEFENDANT**

**ORDER**

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David A. Sanders entered September 3, 2026 [4]. The R&R addresses the complaint [1] filed by *pro se* Plaintiff Mr. Willis on July 31, 2026. Upon consideration of the file and record in this matter, the Court finds that the R&R is due to be adopted.

On July 31, 2026, the Plaintiff Devarious Kadeem Willis, proceeding *pro se*, filed a complaint against Equifax Information Services, LLC, alleging violations of the Fair Credit Reporting Act. Federal Rule of Civil Procedure 11(a) states that "Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name or by a party personally if the party is unrepresented." Additionally, this Court's Administrative Procedures for Electronic Case Filing, Section III(D) specifies that "All pleadings filed by a *pro se* party will be signed by a handwritten, wet signature." Here, Mr. Willis's complaint contains his electronic signature. Consequently, because Mr. Willis is proceeding *pro se*, his handwritten, wet signature is required.

On August 6, 2026, the Court entered an Order [3] directing Mr. Willis to submit an amended complaint that contained his "handwritten, 'wet' signature" rather than an electronic one, consistent with Fed. R. Civ. P. 11(a) and Administrative Procedures for Electronic Case Filing, Section III(D). Mr. Willis was ordered to file the amended pleading within 14 days and was warned

that failure to do so would result in his complaint being dismissed without prejudice. Mr. Willis has failed to timely amend his complaint.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review to the Report and Recommendation. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

As to Mr. Willis's failure to amend his complaint, the Magistrate Judge recommends that the complaint be dismissed without prejudice for failure to comply with an order from this Court. Accordingly, the Magistrate Judge's Report and Recommendation should be therefore approved and adopted as the opinion of the court.

**CONCLUSION**

The Court finds no clear error in the R&R. IT IS, THEREFORE, ORDERED that:

The Report and Recommendation [4] is ADOPTED as the opinion of the Court; and Plaintiff's complaint [1] is DISMISSED without prejudice.

SO ORDERED, this the 23rd day of September, 2026.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI